IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE MONTERO,

    Plaintiff,

v.                                                      4:17cv484–WS/CAS

JULIE JONES, DR. ALEX
FIGUROA, and OFFICER
VASQUEZ,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 22) docketed July 30, 2018. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court agrees that the plaintiff's third amended complaint must be dismissed for failure to state a claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's third amended complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __4th__ day of ___September___, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE